**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE MALDONADO,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.:   17-0581** |
| **ANDREW M. SAUL,**[1] | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**O R D E R**

AND NOW, this   17th   day of   July   , 2019, upon careful consideration of

the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and

upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1.      the Report and Recommendation is APPROVED and ADOPTED;

2.      Plaintiff's Request for Review (ECF No. 10) is GRANTED; and

3.      this matter is REMANDED to the Commissioner for further proceedings

consistent with the Report and Recommendation.

4.      The CLERK OF COURT shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL,      J.

---

[1]   Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 4, 2019.   Nomination, Andrew M. Saul, of New York, to be Commissioner of Social Security for the term expiring January 19, 2025, PN94, 116th Cong. (June 4, 2019).   Pursuant to FED. R. CIV. P. 25(d), I have substituted Andrew M. Saul as defendant in this suit.